# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

    Reginald Robertston                    Case No. 19-15983
                                                   Chapter 7
                                                   Judge: Hon. Donald R. Cassling

                       Debtor

## NOTICE OF MOTION OF SECURED CREDITOR FOR RELIEF FROM THE AUTOMATIC STAY

Counsel for HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM2, Asset Backed Pass-Through Certificates has filed a Motion with the Court for relief from the automatic stay and to waive the provisions of Fed.R.Bankr.P.4001(a)(3).

    **PLEASE TAKE NOTICE** that the court will hold a hearing on the request for relief from the automatic stay and to waive the provisions of Fed.R.Bankr.P.4001(a)(3).

    This hearing will take place on July 9, 2019 at 9:30 a.m. before the Hon. Donald R. Cassling at the United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, in Courtroom 619.

Dated: July 2, 2019                                        */s/ Marc G. Wagman*

## AFFIDAVIT OF SERVICE

    I, Catherine Scanlan declare under the penalty of perjury that on the 2nd day of July 2019, I served a copy of the Notice of Appearance and Request for Notices, Notice of Motion and Motion for Relief, Required Statement, Proposed Order for Relief from the Automatic Stay, and Affidavit of Service upon:

| | |
|---|---|
| Reginald Robertson | David M Siegel |
| 2002 S. 6th | David M. Siegel & Associates |
| Maywood, IL 60153 | 790 Chaddick Drive |
| | Wheeling, IL 60090 |
| | |
| Office of the US Trustee | Miriam R Stein |
| 219 S Dearborn St | Chuhak & Tecson, P.C. |
| Room 873 | 30 S. Wacker Drive, Suite 2600 |
| Chicago, IL 60604 | Chicago, IL 60606 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to the Debtor, and via CM-ECF electronic filing to Debtor's attorney, Trustee and the Office of the US Trustee.

                                                           */s/ Catherine Scanlan*
                                                           Catherine Scanlan

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** ) | **CASE NO. 19-15983** |
| ) | **CHAPTER 7** |
| **Reginald Robertson** ) | **JUDGE: Hon. Donald R. Cassling** |
| ) | |
| ) | **MOTION OF HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM2, ASSET BACKED PASS-THROUGH CERTIFICATES, FOR RELIEF FROM THE AUTOMATIC STAY AS TO THE REAL PROPERTY LOCATED AT 1822 SOUTH 2ND AVENUE, MAYWOOD, IL 60153** |
| Debtor ) | |
| ) | |
| ) | |

HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM2, Asset Backed Pass-Through Certificates (the "Movant") moves this Court, under §§§§ 361, 362, 363, 554 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007 and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or terminating the automatic stay imposed by 11 U.S.C § 362 of the Bankruptcy Code, and for a waiver of the provisions of Fed. R. Bankr.P.4001(a)(3). In support of this Motion, the Movant states:

1. The Debtor filed for Chapter 7 bankruptcy relief on June 4, 2019.

2. The Debtor presently resides at 2002 S 6th, Maywood, IL 60153, according to the Debtor's voluntary petition.

3. The property located at 1822 South 2nd Avenue, Maywood, IL 60153, was sold pursuant to a valid foreclosure sale, and the property was sold back to Movant.

4. An Order Approving Report of sale and Distribution, Confirming Sale and Order of Possession with respect to the property located at 1822 South 2nd Avenue, Maywood, IL 60153 was entered on September 26, 2018 (attached hereto as Exhibit "A").

5. The Movant seeks Relief from the Automatic Stay to pursue its lawful right to possession of the property, and eviction.

6. Said property is unscheduled and unlisted, and Debtor has no right to cure any default on the mortgage pursuant to <u>Colon v. Option One Mortgage</u>, 319 F.3d 912 (7th Cir. 2002), and the Movant has been stayed by 11 U.S.C 362 due to the Debtor's filing..

7. Based upon the foregoing, Movant is entitled to relief from the automatic stay under § 362 (d)(2) as there is no right to the cure any default and the Debtor's rights as they were extinguished by the sale of the property.

8. Based upon foregoing, a waiver of the provisions of Fed.R.Bankr.P. 4001(a)(3) is appropriate; an order for relief should have immediate effect, as the Debtor only has an equitable interest in the property.

WHEREFORE, Movant prays for an Order from the Court for Relief from the Automatic Stay of 11 U.S.C § 362 of the Bankruptcy Code as to the Movant and its principal, successors, heirs, and assigns with respect to the subject property located at 1822 South 2nd Avenue, Maywood, IL 60153. Movant further requests that the provisions of Fed.R.Bankr.P. 4001(a)(3) be waived and that the Order for Relief from the Automatic Stay have immediate effect, and further, remain in effect notwithstanding the conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

Respectfully submitted,

Date:  July 2, 2019

/s/ **Marc G. Wagman**

Potestivo & Associates, P.C.
Marc G. Wagman (ARDC#6282192)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
mwagman@potestivolaw.com
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for HSBC Bank USA, N.A.
Our File No.:102972